REPLY TO: ☑  
309 Mill Street, Poughkeepsie, NY 12601  
Phone: (845) 452-1422  Fax: (866) 914-4520

REPLY TO:  
1440 N. Nova Road, Daytona Beach, FL 32117  
Phone: (386) 523-2450  Fax: (866) 914-4520

# JULIUS A. RIVERA, JR.
### ATTORNEY AND COUNSELOR AT LAW
ADMITTED TO NY, NJ, DC & FL BARS



VIA ECF

October 25, 2023

To All Parties It May Concern:

    Re:    Debtor: Norman A. Kellyman  
                 <u>Chapter 13 Bankruptcy Case No. 22-22915-cgm</u>

    Please allow this letter to serve as written notice that all matters presently scheduled to be heard on October 25, 2023 have been adjourned to January 17, 2024 at 9:00AM. If there are any questions, please feel free to contact me directly at 845-452-1422.

Thanking you, I remain

                                                                   Very truly yours,

                                                                   JULIUS A. RIVERA, JR.

JAR/kr