

261 Madison Avenue
9th Floor, Suite 940-941
New York, NY 10016
main 929.469.2700

December 8, 2023

**VIA ECF**
Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

Re:    *In re*: Norman A. Kellyman ("Debtor"),
        Case No. 22-22915 (CGM)
        Loss Mitigation Status Report / Loss Mitigation Order April 10, 2023 (doc # 14).

Dear Judge Morris:

This firm is counsel to Carrington Mortgage Services, LLC, servicer for Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust ("<u>Secured Creditor</u>", "Carrington").

On October 30, 2023, the loan was transferred to the Secured Creditor from Waterfall Victoria Grantor Trust II, Series G servicer for Specialized Loan Servicing, LLC (doc #30).

On November 13, 2023, Carrington issued "Additional Documentation Required" notice ("Notice"), which was provided to the debtor's counsel on November 14, 2023.

As of December 8, 2023, the additional documents, requested by Carrington via "Notice" dated November 13, 2023, have not been provided by debtor.

If the debtor is no longer seeking loan modification with the Secured Creditor, then the undersigned respectfully requests that the Court terminate loss mitigation in the above captioned bankruptcy case.

                                                      Respectfully submitted,

                                                      */s/*
                                                      Michael C. Manniello
                                                      Attorney for the Secured Creditor
                                                      Email: mmanniello@hillwallack.com
                                                      Phone: 929-504-7005