| REPLY TO: ☑ | REPLY TO: |
|---|---|
| 309 Mill Street, Poughkeepsie, NY 12601 | 529 N. Peninsula Drive, Daytona Beach, FL 32118 |
| Phone: (845) 452-1422  Fax: (866) 914-4520 | Phone: (386) 523-2450  Fax: (866) 914-4520 |



# JULIUS A. RIVERA, JR.
## ATTORNEY AND COUNSELOR AT LAW
### ADMITTED TO NY, NJ, DC & FL BARS

VIA ECF

April 8, 2024

To All Parties It May Concern:

    Re:    Debtor: Norman A. Kellyman
             Chapter 13 Bankruptcy Case No. 22-22915-cgm
             Loss Mitigation Hearing on April 10, 2024

      Please allow this letter to serve as written notice that Loss Mitigation Hearing presently scheduled to be heard on the April 10, 2024 calendar has been adjourned to June 20, 2024 at 9:00AM. If there are any questions, please feel free to contact me directly at 845-452-1422.

Thanking you, I remain

                                                    Very truly yours,

                                                    JULIUS A. RIVERA, JR.

JAR/kr