| REPLY TO: ☑ | | REPLY TO: ☐ |
|---|---|---|
| 309 Mill Street, Poughkeepsie, NY 12601 | | 529 N. Peninsula Drive, Daytona Beach, FL 32118 |
| Phone: (845) 452-1422  Fax: (866) 914-4520 | | Phone: (386) 523-2450  Fax: (866) 914-4520 |



# JULIUS A. RIVERA, JR.
## ATTORNEY AND COUNSELOR AT LAW
ADMITTED TO NY, NJ, DC & FL BARS

January 10, 2025

**VIA ECF**

Hon. Judge Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    Debtor(s): Norman A. Kellyman
                  Chapter 13 Bankruptcy Case No.: 22-22915-cgm
                  Date Case Filed: December 2, 2022
                  <u>Loss Mitigation Hearing on January 29, 2025</u>

Dear Judge Morris:

      A hearing for loss mitigation was held on January 8, 2025. Counsel for the bank reported that they filed a status report with a denial filed on the docket on December 30, 2024. It is document number 114. We did not realize that the denial had been filed, because it appears that earlier on the same date, Counsel for the Bank filed a status report document number 113 stating that as of December 30, 2024, they had received no decision from the bank which was the status report we had in our file for the hearing.

      We have and are requesting with this status report that Counsel for the Bank ask the bank provide details of the denial, such as the calculations they arrived at for the Debtors income and the numerical analyses undertaken and applied to reach their decision.

                                                    Thank you,

                                                    JULIUS A. RIVERA, JR., ESQ.

JAR
CC: Raquel Felix, Esq. - Bank Counsel

<u>FOR CONSULTATION ONLY – NO CORRESPONDENCE:</u>

| **BRONX** | **WESTCHESTER** | **ORANGE** |
|---|---|---|
| 957 Morris Park Avenue | 806 South Street | 365 Route 211 East |
| Bronx, NY 10461 | Peekskill, NY 10566 | Middletown, NY 10940 |