UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No.  22-22915-cgm |
| | : | |
| Norman A. Kellyman, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:   U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 acquisition trust c/o Selene Finance, LP

**Property Address**: 74 Spruce Street, Yonkers, NY 10701

**Last Four Digits of Account Number of Loan**: 2698

**File Date of Loss Mitigation request**: 10/14/24

**Date of Entry of Loss Mitigation Order**: 10/25/24

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: _____ Yes       __X__ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

☐ Loan modification  ☐ Surrender of property

☐ Short sale

☐ Other: ☑ No agreement has been reached

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

/s/ Cecelia G. Morris

**Dated: January 22, 2025**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**